UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KYLE BELL,<br><br>           Plaintiff,<br><br>vs.<br><br>HARTFORD UNDERWRITERS<br>INSURANCE COMPANY, etc., *et al.*,<br><br>           Defendant. | 2:10-cv-0849-PMP-RJJ<br><br>**ORDER** |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on October 22, 2010.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this  31st  day of August, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge