DARREN T. BRENNER
Nevada Bar No. 8386
DBrenner@LRLaw.com
ANN MARIE MCLOUGHLIN
Nevada Bar No. 10144
AMcLoughlin@LRLaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-8398 (fax)

*Attorneys for Defendant*
*Hartford Underwriters Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KYLE BELL,<br><br>    Plaintiff,<br><br>vs.<br><br>HARTFORD UNDERWRITERS INSURANCE COMPANY, a Connecticut Corporation; DOE AGENTS I through XX; DOES I through XX, inclusive; and/or ROE CORPORATIONS I-XX, inclusive,<br><br>    Defendants. | Case No. 2:10-cv-00849-PMP-RJJ<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff Kyle Bell, by and through his counsel of record, Leonard H. Stone, of the law firm of Shook & Stone, Chtd., and Defendant Hartford Underwriters Insurance Company, by and through its counsel, Darren T. Brenner, of the law firm of Lewis and Roca LLP, that the above-entitled action shall be

///
///
///
///

-1-

1  dismissed with prejudice, each party to bear its own costs and fees.

2  Dated this ___ day of January, 2011.

SHOOK & STONE, CHTD.

By: _____
Nevada Bar No. 5791
Leonard H. Stone
710 South Fourth Street
Las Vegas, Nevada 89101
*Attorney for Plaintiff*

LEWIS AND ROCA LLP

BY: _____
Darren T. Brenner
Nevada Bar No. 8386
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, Nevada  89109
*Attorney for Defendant*

## ORDER

IT IS SO ORDERED.

DATED this 25th day of January, 2011.

_____
U.S. DISTRICT COURT JUDGE

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89109